IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JUAN ANGELO TORRES-TORRES,**

**Defendant.**                                                       No. 09-30184-DRH

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for Defendant Torres-Torres, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Torres-Torres' consent (Doc. 21). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on April 2, 2010 (Doc. 20). During the change of plea, Defendant Torres-Torres pleaded guilty to the Indictment, illegal re-entry, following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Torres-Torres' plea of guilty (Doc. 24).

In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, it is the

finding of the Court in the case of *United States v. Juan Angelo Torres-Torres*, that Defendant Torres-Torres was fully competent and capable of entering an informed plea, that Defendant Torres-Torres was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Juan Angelo Torres-Torres **GUILTY** on the charge in the Indictment. The Court **REMINDS** the parties that this matter for sentencing on July 9, 2010 at 11:00 a.m.

    **IT IS SO ORDERED.**

Signed this 20th day of April, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**